No. 237. AVALLONE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Nicholas J. Capuano* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 240. McDANIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Alton F. Curry* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 242. McGUIRE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. Leonard Walker* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Meyer Rothwacks* and *John M. Brant* for the United States.

No. 244. NICOLE ET AL. v. BERDECIA ET AL. Sup. Ct. Puerto Rico. Certiorari denied. *Carlos D. Vazques* for petitioners.

No. 247. NORTHERN LIGHTS SHOPPING CENTER, INC. v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Daniel F. Mathews, Sr.,* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent.

No. 249. FIBREBOARD PAPER PRODUCTS CORP. v. EAST BAY UNION OF MACHINISTS, LOCAL 1304, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 9th Cir. Certiorari denied. *Marion B. Plant* for petitioner. *Bernard Kleiman, Elliot Bredhoff, Michael H. Gottesman* and *Jay Darwin* for respondents.